IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID B. CASSELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE SOCIAL SECURITY ADM. | : | NO. 16-4851 |

## ORDER

**AND NOW**, this 14th day of September 2016, upon consideration of Plaintiff's Motion to proceed *in forma pauperis* and his *pro se* Complaint and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Leave to proceed *in forma pauperis* is **GRANTED**;

2. The Complaint is **DISMISSED**; and

3. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.